IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROSETTA VALERIE CANNATA,

    Petitioner,

v.                                    Case No. 5:23cv14/MCR/MAL

WARDEN KEVIN PISTRO

    Respondent.
_____/

# **O R D E R**

This cause comes before the Court on the magistrate judge's Report and Recommendation dated July 17, 2023. ECF No. 10. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus under 28 U.S.C. § 2241 (EC No. 1) is DISMISSED.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of November 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:23cv14/MCR/MAL